```
 1  Nancy K. McCombs, CSBN 163629
    12 Geary Street, Suite #201
 2  San Francisco, California 94108
    Telephone: (415) 678-2626
 3  Email: abelmccombs@gmail.com

 4  Attorney for Plaintiff
    Feliciana Castro
 5
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

FELICIANA CASTRO,

    Plaintiff,           ) Case No. 2:19-cv-01424-KJN
                         )
  v.                    ) STIPULATED REQUEST EXTENDING
                         ) TIME TO FILE MOTION FOR SUMMARY
ANDREW M. SAUL,         ) JUDGMENT OR REMAND AND ORDER.
Commissioner of Social Security, ) (Plaintiff's First Extension Request)
                         )
    Defendant             )
_____)

      The parties request that Plaintiff shall have an additional 35 days, to and including February 27, 2020, in which to move for summary judgment. This is a change from the original date of January 23, 2020. Plaintiff seeks additional time because Attorney Nancy McCombs has a heavy caseload. This is Plaintiff's first extension request.

////

////

DATED:   January 22, 2020        By:   */s/ Nancy K. McCombs*
                                                   NANCY K. MCCOMBS,
                                                     Attorney for Plaintiff

DATED: January 22, 2020          By:    /s/ Ellinor R. Cooper
                                        (* as authorized via email on 1/21/2020)
                                        ELLINOR R. CODER
                                        Attorney for Defendant

IT IS SO ORDERED:

Dated: January 23, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cast.1424