NANCY K. McCOMBS (CSBN 163629)
Law Office of McCombs and Abel
12 Geary Street, Suite 201
San Francisco, California 94108
Telephone: (415) 678-2626
E-mail: nmccombslaw@gmail.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIANA CASTRO ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant | Civil No. 2:19-CV-01424-KJN <br><br> STIPULATION AND ORDER FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTIC ACT |

   Plaintiff, Feliciana Castro, by and through her attorney, Nancy McCombs, and Defendant, Andrew M. Saul, Commissioner of Social Security, by and through Attorneys, McGregor Scott, United States Attorney for the Eastern District of California, Ellinor R. Coder, Special Assistant United States Attorney, and Deborah Lee Stachel, Regional Chief Counsel, Region IX, for said district, jointly stipulate that the court award attorney fees and expenses under the Equal Access to Justice Act, 28, U.S.C. § 2412, to Plaintiff in the amount of $5,937.41 and filing costs in the amount of $400.00 under 28 U.S.C. § 1920, which is a total award of $6337.41. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§

ORDER

1920; 2412(d).

After the Court issues order for EAJA fees to Plaintiff, the government will consider the matter of the Plaintiff's assignment of EAJA fees to Nancy McCombs. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S. Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Nancy McCombs, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Nancy McCombs.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA Attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Nancy McCombs, including the Law Office of McCombs and Abel have relating to EAJA attorney fees in connection with this action.

The parties hereby request that the court enter an order awarding the Plaintiff attorney fees and expenses in the amount of $5,937.41 and filing costs in the amount of $400.00, which totals $6337.41, in settlement of any and all claim he may have in the matter pursuant to EAJA.

DATE:   August 17, 2020                          /s/ Nancy K. McCombs
                                                 NANCY K. McCOMBS,
                                                 Plaintiff's Attorney

ORDER

DATE:   August 17, 2020                              /s/ Ellinor R. Coder
ELLINOR R. CODER
Special Assistant Unites States Attorney
McGREGOR SCOTT
United States Attorney for the Eastern
District of California
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

## **ORDER**

Pursuant to the stipulation, IT IS ORDERED that attorney fees in the amount of $5,937.41, as authorized by 28 U.S.C. § 2412, and filing costs in the amount of $400.00, as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

Dated:  August 19, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cast.1424

ORDER